1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To: | |
| *Judy Shearer, et al. vs. Pharmacia Inc, et al.*<br>(05-4581 CRB) | **STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |
| *Barbara J. Williams vs. Pfizer Inc, et al.*<br>(06-1670 CRB) | |
| *Michele Walker, et al. vs. Pfizer Inc, et al.*<br>(06-1878 CRB) | |
| *Stephanie Shearer vs. Monsanto Company, et al.*<br>(06-1902 CRB) | |
| *Joe Vega, et al. vs. Pfizer Inc, et al.*<br>(06-2440 CRB) | |
| *Brad Henry Taylor vs. Pfizer Inc, et al.*<br>(06-2577 CRB) | |
| *James Preston Taylor vs. Pfizer Inc, et al.*<br>(06-2863 CRB) | |
| *John H. Roberts, Jr. vs. Pfizer Inc, et al.*<br>(06-3062 CRB) | |
| *Patsy Lynn Stegall vs. Pfizer Inc, et al.*<br>(06-3084 CRB) | |

-1-

1
2  *Andrea Sanborn, et al. vs. Pfizer Inc, et al.*
   (06-3100 CRB)

3  *Barbara Smith, et al. vs. Pfizer Inc, et al.*
   (06-3102 CRB)
4
   *Arnold Swick vs. Pfizer Inc*
5  (06-3304 CRB)

6  *Corrine Morrisette vs. Pfizer Inc, et al.*
   (06-3363 CRB)
7
   *Sylvia Wingard vs. Pfizer Inc, et al.*
8  (06-3653 CRB)

9  *Susan Smith vs. Pfizer Inc, et al.*
   (06-3951 CRB)
10
   *Clarence Edward Smith vs. Pfizer Inc, et al.*
11 (06-3957 CRB)

12 *Mary Vernick vs. Pfizer Inc, et al.*
   (06-4102 CRB)
13
   *Patricia Ann Kennedy Watson vs. Pfizer Inc, et*
14 *al.*
   (06-4285 CRB)
15
   *Marvin Rogers vs. G.D. Searle LLC, et al.*
16 (06-4514 CRB)

17 *Shirley Lindeen vs. G.D. Searle LLC, et al.*
   (06-4515 CRB)
18
   *Colleen Nagle Mehegan, et al. vs. Pfizer Inc, et*
19 *al.*
   (06-4547 CRB)
20
   *Charles Snodgrass vs. Pfizer Inc, et al.*
21 (06-4661 CRB)

22 *John Vandale vs. Pfizer Inc, et al.*
   (06-5257 CRB)
23
   *William Coulson, et al. vs. Pfizer Inc, et al.*
24 (06-5261 CRB)

25 *Dick Shepherd vs. Pfizer Inc, et al.*
   (06-5417 CRB)
26
   *Robin Morrison, et al. vs. Pfizer Inc, et al.*
27 (06-6900 CRB)

28 *Rosa Cebreros, et al. vs. Pfizer Inc, et al.*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42592415.1

Case 3:08-cv-01976-CRB   Document 4   Filed 11/24/09   Page 3 of 4

1. (06-7003 CRB)

2. *Marsha Fiorini, et al. vs. Pfizer Inc, et al.*
   (06-7113 CRB)

3. *Florence Salle vs. Pfizer Inc, et al.*
4. (06-7207 CRB)

5. *Jimmie A. Scott vs. Pfizer Inc, et al.*
   (06-7259 CRB)

6. *William Edward Simpson vs. Pfizer Inc, et al.*
7. (07-0972 CRB)

8. *Terry Vintson vs. Pfizer Inc, et al.*
   (07-0977 CRB)

9. *Deanna L. Walston vs. Pfizer Inc, et al.*
10. (07-1318 CRB)

11. *Louis Romanelli vs. Pfizer Inc, et al.*
    (07-2631 CRB)

12. *Johnnie L. West vs. Pfizer Inc, et al.*
13. (07-5687 CRB)

14. *Lyle McNeal (MO), et al. vs. Pfizer Inc, et al.*
    (07-5915 CRB)

15. *Gene Summers vs. Pfizer Inc, et al.*
16. (08-0259 CRB)

17. *Maria Avendano vs. Pfizer Inc, et al.*
    (08-1099 CRB)

18. *Mary Woodall vs. Pfizer Inc, et al.*
19. (08-1183 CRB)

20. *Mildred Sturdavant vs. Pfizer Inc, et al.*
    (08-1976 CRB)

21. *Netra Thomas vs. Pfizer Inc, et al.*
22. (08-2110 CRB)

23. *John Denton vs. Pfizer Inc, et al.*
    (08-2459 CRB)

24. *Joanne Schwandt vs. Pfizer Inc, et al.*
25. (08-2604 CRB)

26. *Donald Schwanke vs. Pfizer Inc, et al.*
    (08-3709 CRB)

27. *Cheryl Samuel vs. Pfizer Inc, et al.*
28. (09-0888 CRB)

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42592415.1

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10·29, 2009    By: /s/ Navan Ward

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 29, 2009    By: /s/

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court

-4-